

# The Attorney General of Texas

November 9, 1981

MARK WHITE
Attorney General

Supreme Court Building
P. O. Box 12548
Austin, TX. 78711
512/475-2501
Telex 910/874-1367
Telecopier 512/475-0266

1607 Main St., Suite 1400
Dallas, TX. 75201
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905
915/533-3484

1220 Dallas Ave., Suite 202
Houston, TX. 77002
713/650-0666

806 Broadway, Suite 312
Lubbock, TX. 79401
806/747-5238

4309 N. Tenth, Suite B
McAllen, TX. 78501
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Mr. Maurice S. Pipkin
Executive Director
State Commission on
   Judicial Conduct
211 Reagan Building
Austin, Texas    78711

Opinion No. MW-387

Re:    Whether person appointed
county   court   of   law   judge
pursuant to article 1970-341,
section  6  must  comply  with
requirements of elected judge

Dear Mr. Pipkin:

You have asked whether a person who has not been actively engaged in the practice of law for a period of at least four years may be validly appointed judge of the County Court of Law in Hidalgo County.

The County Court at Law of Hidalgo County was created in 1951. See Acts 1951, 52nd Leg., ch. 25, at 33; V.T.C.S. art. 1970-341. The qualifications of the judge thereof are specified in section 6 of article 1970-341, V.T.C.S., which states:

> Sec. 6.    There shall be elected in Hidalgo County by the qualified voters thereof, at each general election, a Judge of the County Court at Law of Hidalgo County who shall be a regularly licensed attorney at law in this State, and who shall be a resident citizen of Hidalgo County, and shall have been actively engaged in the practice of law in this State for a period of not less than four  (4)  years  next  preceding  such  general election, who shall hold his office for two (2) years and until his successor shall have been duly elected  and  qualified.   As  soon  as  this  Act becomes  effective,  the  Commissioners  Court  of Hidalgo County shall appoint a Judge to the County Court  at  Law  of  Hidalgo  County,  who  shall  hold this office as such Judge until the next general election and until his successor is elected and qualified; any subsequent vacancies in the office of the Judge of the County Court at Law of Hidalgo County  shall  be  filled  by  appointment  of  the Commissioners Court of Hidalgo County and when so filled, the said Judge shall hold his office until

the next general election and until his successor
is elected and qualified.  (Emphasis added).

While the statute requires that persons elected to the office at
each general election shall have practiced law actively for not less
than four years immediately preceding their election, it does not
expressly require that persons appointed to fill the post have
practiced law for that length of time prior to their appointment.  In
our opinion, however, it does impose this requirement by reasonable
and necessary implication.

The title of the act creating the court stated it to be, inter
alia, "[a]n act creating the County Court at Law of Hidalgo County...
and the election, qualification, appointment and removal of a judge
thereof."  The title gives no notice that the qualification of an
appointed judge was meant to be different or less demanding than the
qualification of an elected judge.  On the contrary, it suggests
affirmatively that the qualification requirements and the standards
for removal apply to elected and appointed judges alike.

In our opinion, a person who has not been actively engaged in the
practice of law for a period of at least four years next preceding his
appointment may not be validly appointed judge of the County Court at
Law in Hidalgo County.  See Code Crim. Proc. art. 30.03.

### S U M M A R Y

A person who has not been actively engaged in
the practice of law for a period of at least four
years next preceding his appointment may not be
validly appointed judge of the County Court at Law
in Hidalgo County.

Very truly yours,

M A R K   W H I T E
Attorney General of Texas

JOHN W. FAINTER, JR.
First Assistant Attorney General

RICHARD E. GRAY III
Executive Assistant Attorney General

Prepared by Susan L. Garrison
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Susan L. Garrison, Chairman
James M. Allison
Jon Bible
Rick Gilpin
Jim Moellinger